■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORY MARSHALL, Appellant. [918 NYS2d 48]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (McKay, J.), imposed June 30, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Balkin, Dickerson and Sgroi, JJ., concur.